CO-386-online
10/03

# United States District Court
# For the District of Columbia

**FILED**

FEB 13 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Metropolitan Campus Police Officers Union )
2225 Georgia Avenue, #804 )
P.O. Box 26384 )
Washington, DC 20001 )
             )
             Plaintiff )    Civil Act. CASE NUMBER  1:06CV00264
     vs      )
             )              JUDGE: Reggie B. Walton
Howard University )
2400 Sixth Street, N.W. )   DECK TYPE: Labor/ERISA (non-employme
Washington, DC 20059 )
             )              DATE STAMP: 02/13/2006
             Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Howard University__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Howard University__ which have any outstanding securities in the hands of the public:

N/A

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

__464102__
BAR IDENTIFICATION NO.

__Trina L. Fairley__
Print Name

__1730 Pennsylvania Avenue, N.W., #900__
Address

__Washington, DC   20006__
City          State        Zip Code

__(202) 371-6800__
Phone Number