# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| Metropolitan Campus Police<br>  Officers Union (MCPOU)<br><br>  Plaintiff<br><br>  v.<br><br>Howard University (HU)<br><br>  Defendant | )<br>)<br>)<br>)<br>)<br>)   Case No. 1:06 CV 0264<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Pursuant to F.R.C.P. Rule 41(a)(1)(ii) the Parties hereby stipulate to the dismissal of this matter, and to pursue resolution of their dispute in Case No. 1:06 CV 00270.

Respectfully submitted,

_____/s/_____
William G. Jepsen, Jr. [323113]
1711 Stratton Road
Crofton, MD  21114
302-261-3982
Fax - 410-451-4706
Counsel for MCPOU


_____/s/_____
Trina L. Fairley [464102]
King, Pagano Harrison
1730 Pennsylvania Avenue, NW
Suite 900
Washington, D.C.  20006
202-371-6800
Counsel for Howard University